1  JAMES McNAIR THOMPSON
   SBN 67807
2  LAW OFFICES OF JAMES McNAIR THOMPSON
   PO BOX 636
3  LOS GATOS CA 95031
   (408) 358-6047
4

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, | Case No.: CR 01—20192 JW |
| Plaintiff, | STIPULATION RE DEFENDANT DERUNGS' MOTION TO TRANSFER CASE TO JUDGE ILLSTON IN SAN FRANCISCO |
| vs. | |
| HERBERT JOHN DERUNGS | [Local Rule 18—2] |
| Defendant | |

The United States and. defendant Herbert John Derungs hereby stipulate as follows:

1. In August 2006 the United States Probation filed a Form 12 in the above captioned case alleging supervised release violations by defendant. The Probation Office amended the Form 12 in October 2006. Defendant has not yet made an appearance before this Court in response to the original or the amended Form 12.

2. In May 2007, a federal grand jury sitting in San Francisco returned an indictment charging defendant with violations of federal law concerning the same conduct alleged in the Form 12 that remains pending before this Court. That case is *United States v. Herbert Derungs*, No. CR O7-0268 -SI.

3. On October 19, 2007, represented by Geri Lynn Green, defendant entered guilty pleas to a superseding information in Case No. CR 07-0268 -SI. Defendant's

1  guilty pleas were entered pursuant to a plea agreement in which the United States
2  agreed to recommend that any sentence defendant might receive for the alleged
3  supervised release violations in the instant case run concurrently with the sentence
4  he received in Case No. CR 07-0268 SI.

5      4. Defendant was sentenced by Judge Illston in Case No. CR 07-0268 -SI on
6  February 22, 2008 to a term of imprisonment of 72 months.

7      5.  In light of the overlap between the instant case and Case No. 07-0268 SI,
8  and in light of the incorporation of this case in the plea agreement entered into by
9  the parties in Case No. 07- 0268 SI, the parties believe that a transfer would be in
10 the interest of justice based upon the convenience of the defendant and the prompt
11 administration of justice, including the Probation Department, if the Court
12 transferred the instant case to Judge Illston pursuant to Local Rule 18—2 in order
13 to allow Judge Illston to resolve the pending Form 12 based on the same conduct in
14 Case No. 07-0268 SI, in conformity with the plea agreement in that case.

15
16     6.  The parties note that the Minute Order of the sentencing hearing in No.
17 07-0268 SI recites that "The Parties agree to have Judge Illston resolve the
18 underlying supervised release violation CR 01—20192 JW."  The parties further
19 note that Judge Illston has expressed a willingness to accept the transfer if it is
20 agreeable with this Court.  A true and correct copy of the Minute Order is attached
21 herereto.

22     7.  Accordingly, the parties respectfully request that this Court transfer the
23 instant case to the Honorable Susan. Illston, Judge of the Federal District Court for
24 the Northern District of California
25

1  IT IS SO STIPULATED.

2  Dated: March 14, 2008

3  _____

   *Andrew Caputo* (signature)

5  ANDREW P. CAPUTO

   Assistant United States Attorney

6  Attorney for Plaintiff UNITED STATES

8  Dated: 3/17/08

   _____

   (signature)

11 JAMES McNAIR THOMPSON

12 Attorney for defendant Herbert J. Derungs

[PROPOSED] ORDER

GOOD CAUSE THEREFORE APPEARING, THIS MATTER IS ORDERED TRANSFERRED TO THE HON. SUSAN ILLSTON, JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO FACILITY.

DATED: March 24, 2008

_____

Hon. James Ware
Judge of the United States District Court
Northern District of California

- 3 -

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 2/22/08

Case No.   CR-07-0268 SI   Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- HERBERT DERUNGS(C)(P)

Attorneys:   Caputo          Green

Deputy Clerk: Tracy Sutton     Court Reporter: J. Gonzalez

### PROCEEDINGS

<u>1)   Judgment & Sentence - HELD</u>
<u>2)</u>
<u>3)</u>

4) Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition :   ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                PART

ORDERED AFTER HEARING:

Custody: 72 months for each count (concurrently) except for Ct. 6.  26 Months as to Count 6 (consecutive)

Sup. Release: 3 years w/special conditions

Sp. Ass $600.00

Restitution: $28,873.60

No Fine

The parties agreed to have Judge Illston resolve the underlying supervised release violation CR-01-20192 JW.


cc: JW - san jose